Below is an Order of the Court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

FDN (3/27/08) tlh

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Byron Joseph Wysocki**
Debtor(s)

Case No. **17–32854–dwh11**

FINAL DECREE

The estate of the above debtor(s) having been fully administered,

**IT IS ORDERED** that this Chapter 11 case is closed, and that the court shall retain jurisdiction over any adversary proceeding(s) pending at the time of closure.

**IT IS FURTHER ORDERED** that upon completion of all payments under the plan the debtor must file a motion to reopen the case, pay the required reopening fee (if the case is closed at the time) and contemporaneously file a motion for entry of discharge on Local Form #1191.3.

###